UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL DUFAULT #340725        CIVIL ACTION NO

V.                             DATE. April 27, 2011

LEUTIENENT ZAMOLA              3:11CV718 AWT

CO NEWTON

NURSE E PASTRO RN

DOCTOR RAYMOND CASTRO M.D.

INDIVIGUAL AND OFFICAL CAPASITY

COUNT ONE

#1  THE PLAINTIFF SAYS: THIS ACTION ARISES UNDER SECTIONS 1983, 1985(3), 1986 AND 1988 OF TITLE 42 OF THE U.S.C. AND THE EIGHTH (8TH) AND FOURTEENTH (14TH) AMENDMENTS OF THE U.S. CONSTITUTION. JURISDICTION IS FOUNDED UPON 28 USC SECTION 1331, 1343, 2201, 2202 AND THE AFOREMENTIONED STATUTORY AND CONSTITUTIONAL PROVISIONS. THE PLAINTIFF FURTHER INVOKES THIS COURT SUPPLEMENTAL JURISDICTION TO LAW SOUNDING IN TORT PURSUANT TO 28 USC. SEC 1367(A).

#2  THIS ACTION IS TO RECOVER FOR DAMAGES SUFFERED BY PLAINTIFF.

#3  THE PLAINTIFF IS A RESIDENT OF THE STATE OF CONNECTICUT WITHIN THE DISTRICT OF CONNECTICUT AND WITHIN THE TERRITORAL JURISDICTION OF THIS COURT.

#4  DURING ALL TIMES MENTIONED IN THIS COMPLAINT THE DEFENDANTS ALL ACTED UNDER COLOR OF LAW, THAT IS UNDER COLOR OF THE CONSTITION, STATUTES, LAWS, RULES, REGULATIONS AND USAGE OF THE STATE OF CONNECTICUT AND THE UNITED STATES.

#5  DURING ALL TIMES MENTIONED IN THIS COMPLAINT THE DEFENDANTS AND EACH OF THEM IN THEIR OFFICAL AND INDIVIGUAL CAPASITIES DID KNOWINGLY AND WILLFULLY SUBJECT THE PLAINTIFF TO CRUEL AND UNUSUALL PUNISHMENT BY DEPRIVING THE PLAINTIFF OF HIS RIGHTS SECURED TO HIM BY THE CONSTITUTION AS BEING DELIBERATE INDIFFERENT TOWARDS THE PLAINTIFF IN ALL TIMES MENTIONED.

#6  DURING ALL TIMES MENTIONED IN THIS COMPLAINT THE DEFENDANTS; CORRECTIONAL OFFICER NEWTON AND LEUTIENT ZAMOLA WERE DULY APPOINTED EMPLOYEES OF THE DEPARTMENT OF CORRECTION FOR THE STATE OF CONNECTICUT ACTING IN THEIR INDIVIGUAL AND OFFICAL CAPASIT

#7  DURING All TIMES MENTIONED EACH DEFENDANT HAD THE DUTY, RESPONSIBILITY, AND OPPERTONITY TO PROTECT THE PLAINTIFF FROM UNLAWFULL ACTIONS. EACH DEFENDANT FAILED TO PERFORM SUCH DUTIES THEREBY PROXIMITELY CAUSING THE PLAINTIFF SEVERE INJURIES TO HIS PHYSICAL BODY AND PSYCOLOGICAL STATE WITH PAIN AND SUFFERING SOME OR ALL OF WHICH MAY BE PERMANANT.

#8  DURING ALL TIMES MENTIONED IN THIS COMPLAINT THE DEFENDANTS; E PASTRO, NURSE AND DOCTOR RAYMOND CASTRO M.D. WERE DULY APPOINTED EMPLOYEES OF THE UNIVERSITY OF CONNECTICUT HEALTH CENTER FOR THE STATE OF CONNECTICUT ASSIGNED TO THE DEPARTMENT OF CORRECTIONS FOR THE STATE OF CONNECTICUT ACTING IN THEIR INDIVIGUAL AND OFFICAL CAPASITIES.

#9  EACH DEFENDANT HAD THE DUTY, RESPOSIBILITY, AND OPPERTUNITY TO PROTECT THE PLAINTIFF FROM UNLAWFULL ACTIONS. EACH DEFENDANT FAILED TO PREFORM SUCH DUTIES THEREBY CAUSING THE PLAINTIFF SEVERE INJURIES TO HIS PHYSICAL BODY AND PSYCHOLOGICAL STATE WITH PAIN AND SUFFERING SOME OR ALL OF WHICH MAY BE PERMANANT.

#10  EACH DEFENDANT DEPRIVED THE PLAINTIFF OF HIS RIGHTS SECURED TO HIM BY THE EIGHTH (8TH) AND FOURTEENTH (14TH) AMENDMENTS TO THE U.S. CONSTITUTION. ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIGUI AND OFFICAL CAPASITIES.

#11   THE PLAINTIFF, MICHAEL RODGER DUFAULT AT ALL MATERIAL TIMES MENTION IN THIS COMPLAINT WAS INCARCERATED AT THE GARNER CONNECTICUT MENTAL HEALTH CENTER AT 50 NUNNAWUAK ROAD, NEWTOWN CONNECTICUT 06470, WHEN AT APPROXIMITLY 10:45 AM THE PLAINTIFF WAS TOLD BY C.O. NEWTON TO "LOCK UP"! THE PLAINTIFF REQUESTED TO C.O. NEWTON FOR HIS LUNCH TRAY, UPON WHICH C.O. NEWTON STATED "LOCK UP OR I'LL KICK YOUR ASS"! THE PLAINTIFF STARTED TO WALK UP THE STAIRS WHEN THE PLAINTIFF WAS STRUCK BEHIND THE HEAD AND FELL TO THE GROUND AND WAS KICKED REPEATEDLY ABOUT THE FACE AND HEAD. A TEAM OF COS SHOWED UP ALONG WITH THE DUTY LEUTIENT ZAMOIA WHO DID NOT STOP THE COS FROM BEATING THE PLAINTIFF WHICH CAUSED SEVERE NECK PAIN, SWOLLEN EYE'S AND CONSTANT HEAD ACHES WHICH PERSIST TO THIS DAY.

AND THAT THE DAY OF THE INCIDENT FOR WHICH THE PLAINTIFF STATES AS THE DAY IN QUESTION IS; DECEMBER 28, 2008.

AND THAT THE ADDRESS OF THE PLACE FOR WHICH THE INCIDENT OCCURRED IS;

GARNER CONNECTICUT MENTAL HEALTH CENTER
50 NUNNAWUAK ROAD
NEWTOWN, CT   06470
(B-Block)

#12  THE PLAINTIFF, MICHAEL RODGER DUFAULT AT ALL MATERIAL TIMES MENTIONED IN THIS COMPLAINT WAS INCARCERATED AT THE GARNER CONNECTICUT MENTAL HEALTH CENTER AT 50 NUNNAWUAK ROAD, NEWTOWN CONNECTICUT 06470, WHEN THE PLAINTIFF WAS ESCORTED TO RESTRICTIVE HOUSING UNIT/SEGRAGATION AT APPROXIMITLY 11:10 AM WHERE ACTING DUTY NURSE E. PASTRO EXAMINED THE PLAINTIFF AND SAW THAT THE PLAINTIFF WAS BRUTALLY BEATEN MOMENTS BEFORE ENTERING SEGRAGATION. THE NURSE SHOULD HAVE ORDERED THE INJURED MENTALLY ILL PATIENT/PLAINTIFF TO IN-PATIENT MEDICAL FOR HEAD INJURIES AND OBSERVATION.

#13  THE PLAINTIFF, MICHAEL RODGER DUFAULT AT ALL MATERIAL TIMES MENTIONED IN THIS COMPLAINT WAS INCARCERATED AT THE GARNER CONNECTICUT MENTAL HEALTH CENTER AT 50 NUNNAWUAK ROAD NEWTOWN CONNECTICUT 06470 AND UNDER THE MEDICAL CARE OF PHYSICIAN, DOCTOR RAYMOND CASTRO WHO KNEW OR SHOULD HAVE KNOWN OF THE INCIDENT IN WHICH THE PLAINTIFF WAS BRUTALLY ASSAULTED. DOCTOR CASTRO DID NOT ORDER THE PLAINTIFF TO IN-PATIENT MEDICAL FOR OBSERVATION, NOR DID DOCTOR CASTRO DO ANY FOLLOW-UP EXAMINATIONS TO DETERMINE NECK, SPINE OR NEUROLOGICAL DAMAGE.

#14 GRIEVENCES, "ADMINISTRATIVE REMEDIES" HAVE BEEN FILED IN THE PLAINTIFFS CLAIMS, PERTINENT TO PHYSICAL HEALTH AND MENTAL HEALTH. "COPIED" (ORIGINALS RETAINED)

#15 GRIEVENCES, "ADMINISTRATIVE REMEDIES" HAVE BEEN FILED IN THE PLAINTIFFS CLAIM WITH RESPECT TO THE ASSAULT AND ITS PERPETRATORS. "COPIED" (ORIGINAL RETAINED)

#16 THE PLAINTIFF HAS EXHAUSTED ALL LINES OF COMMUNICATION CLAIMS AND/OR ADMINISTRATIVE REMIDES MADE KNOWN OR AVAILABLE TO PLAINTIFF

#17 FURTHERMORE, A PRISON OFFICAL ACTS WITH DELIBERATE INDIFFERENCE WHEN HE OR SHE KNOWS THAT INMATES FACE A SUBSTANTIAL RISK OF SERIOUS HARM AND DISREGARDS THAT RISK BY FAILING TO TAKE REASONABLE MEASURES TO ABATE IT. PURPOSEFUL CONDUCT BY PRISON OFFICALS TOWARDS PRISONERS SATISFIES THE REQUIREMENT OF DELIBERATE INDIFFERENCE. BUT DELIBERATE INDIFFERENCE DOES NOT REQUIRE PURPOSEFUL ACTS, OFFICALS CAN VIOLATE THE EIGHTH AMENDMENT WITHOUT ENGAGING IN CONDUCT UNDERTAKEN FOR THE VERY PURPOSE OF CAUSING HARM. IN FACT PRISON OFFICALS CAN ACT WITH DELIBERATE INDIFFERENCE WITHOUT ACTUALLY DOING ANYTHING AT ALL, IF THEY FAIL TO ACT KNOWING THAT INMATES WILL SUFFER SIGNIFICANT RISK OF SERIOUS HARM FROM THE INACTION. BEING VIOLENTLY ASSAULTED IN PRISON IS SIMPLY NOT PART OF THE PENALTY THAT CRIMINAL OFFENDERS PAY FOR THEIR OFFENCE. MOREOVER, A PRISONER NEED NOT WAIT UNTIL HE IS ACTUALLY ASSAULTED IF HE OR SHE FEARS IMMINENT DANGER.

## COUNT TWO

#1 THE PLAINTIFF MICHAEL DUFAULT FURTHER SAYS: PURSUANT TO THE PROVISIONS OF 28 U.S.C., SEC 1367, THE SUPPLEMENTAL JURISDICTION OF THIS COURT IS INVOKED AS TO THE CLAIMS OF THIS COURT WHICH ARISES UNDER STATUTES AND COMMON LAW OF THE STATE OF CONNECTICUT.

#2 THIS IS AN ACTION FOR MONEY DAMAGES TO REDRESS THE DEPRIVATION BY THE DEFENDANTS OF RIGHTS SECURED TO THE PLAINTIFF BY THE STATE OF CONNECTICUT. THE DEFENDANTS STATE EMPLOYEES AND OFFICERS WHICH SUBJECTED THE PLAINTIFF TO ASSAULT AND BATTERY, CRUEL AND UNUSUAL PUNISHMENT AND A DEPRIVATION OF HIS RIGHTS BY ALL NAMED DEFENDANTS IN THIS COMPLAINT.

#3 PARAGRAPHS #1 THROUGH #17 ARE HEREBY INCORPORATED AS PARAGRAPHS #1 THROUGH #17 OF COUNT TWO.

#4 IN THE MANNER DESCRIBED ABOVE THE DEFENDANTS FURTHER COMMITTED THE TORT OF ASSAULT AND BATTERY IN THAT THEY INTENTIONALLY AND/OR RECKLESSLY CAUSED THE PLAINTIFF SEVERE PHYSICAL INJURIES AND PSYCHOLOGICAL INSECURITIES BY THE EXTREME AND OUTRAGEOUS CONDUCT AS DESCRIBED ABOVE. THE ACTS AND OMISSIONS OF THE DEFENDANTS, AS OUTLINED ABOVE WERE PROXIMATE CAUSE OF THE DEFENDANTS CAUSING DAMAGES TO THE PLAINTIFF SET OUT IN PARAGRAPHS #1 THROUGH #17 OF COUNT ONE AS SET ABOVE. THEREFORE THE PLAINTIFF IS ENTITLED TO RELIEF UNDER THE LAW OF CONNECTICUT AND PROVISIONS OF WHICH ARE INVOKED UNDER THIS COURTS SUPPLEMENTAL JURISDICTION.

WHEREFORE: THE PLAINTIFF CLAIMS JUDGEMENT AGAINST THE DEFENDANTS AND AGAINST EACH OF THEM JOINTLY AND SEVERALLY AS FOLLOWS.

<u>IN THEIR INDIVIGUAL CAPASITY,</u>

A. COMPENSATION.
B. PUNITIVE DAMAGES.
C. ATTORNEY FEES AND COSTS OF THIS ACTION.
D. SUCH OTHER RELIEF AS THIS COURT SHALL CONSIDER TO BE FAIR AND EQUITABLE.
E. SUCH DECLARATORY RELIEF AS THIS COURT SHALL CONSIDER TO BE FAIR AND EQUITABLE.

<u>IN THEIR OFFICAL CAPASITY</u>

A. PERMENANT SINGLE SINGLE CELL STATUS.
B. PROPER DIAGNOSIS AND TREATMENTS FOR INJURIES.
C. A NON-TRANSFER STATUS FROM GARNER MENTAL HEALTH.
D. PROPER AND STANDARAIZED MENTAL HEALTH TREATMENT.
E. MEDICAL MATTRESS AS NEEDED DOCUMENTED BY MEDICAL EVALUATIONS AND WEIGH.

## DECLARATION UNDER PENALTY OF PERJURY

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE PLAINTIFF IN THE ABOVE ACTION, THAT HE HAS READ THE ABOVE COMPLAINT AND THAT THE INFORMATION CONTAINED IN THIS COMPLAINT IS TRUE AND CORRECT TO THE BEST RECOLLECTION AND INFORMATION GATHERED TO SUBSTANTIATE THIS CLAIM.

28 U.S.C. 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

27TH OF APRIL         ON      2011

_[signature]_

MICHAEL R. DUFAULT
PLAINTIFF
MICHAEL R. DUFAULT
#340725
GARNER CORRECTIONAL
50 NUNNAWUAK ROAD
NEWTOWN, CT 06470